UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2007 SEP 28 PM 2:57

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| | ) | SA-07-622MJ-PMA |
| Plaintiff | ) | |
| | ) | **INFORMATION** |
| v. | ) | |
| | ) | [VIO: Count One - Title 18 U.S.C. |
| JOSE A. REYES, | ) | Section 13 (Involving Section 49.04 |
| | ) | T.P.C.) - Driving While Intoxicated; |
| | ) | Count Two - Title 18 U.S.C. Section |
| Defendant | ) | 13 (Involving Section 49.031 T.P.C.) |
| | ) | - Possession of Alcoholic Beverage in a |
| | ) | Motor Vehicle] |

**THE UNITED STATES ATTORNEY CHARGES:**

COUNT ONE
[18 U.S.C. 13 (Involving Section 49.04 T.P.C.)]

On or about July 22, 2007, at Fort Sam Houston, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

JOSE A. REYES,

did then and there drive and operate a motor vehicle in a public place while the said defendant was intoxicated, namely: the Defendant did not have the normal use of his mental and physical faculties by reason of the introduction of alcohol into his body, in violation of Title 18, United States Code, Section 13 (Involving Section 49.04, Texas Penal Code).

COUNT TWO
[18 U.S.C. 13 (Involving Section 49.031 T.P.C.)]

On or about July 22, 2007, at Fort Sam Houston, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

JOSE A. REYES,

did at the Walters gate access control point, a public highway, knowingly possess an open container used to contain any amount of an alcoholic beverage in a passenger area of a motor vehicle that was not the passenger area of a motor vehicle designed, maintained, or used primarily for the transportation of persons for compensation or the living quarters of a motorized vehicle, in violation of Title 18, United States Code, Section 13 (Involving Section 49.031, Texas Penal Code).

        Respectfully submitted,

        JOHNNY SUTTON
        United States Attorney

        MARY NELDA G. VALADEZ
        Assistant United States Attorney

By:   EAN P. WHITE
      Special Assistant United States Attorney
      Staff Judge Advocate
      1306 Stanley Road, Bldg. 134
      Fort Sam Houston, Texas 78234
      221-0289, 295-9194, fax 221-2777
      DC Bar 484110